# UNITED STATES DISTRICT COURT
## District of Columbia

Uthaiwan Wong-opasi, Ph.D. (pro se)

v.

James A. Hefner, Ph.D., et al., Defendants
Sued in individual and Official capacities

**SUMMONS IN A CIVIL CASE**

CASE

CASE NUMBER 1:05CV01083

JUDGE: Paul L. Friedman

DECK TYPE: Pro se General Civil

DATE STAMP: 05/31/2005

**TO:** (Name and address of Defendant)

Marcia G. Ellison (in individual capacity)
1101 Downs Blvd., Apt. E107
Franklin, TN 37064

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' pro se (name and address)

Dr. Uthaiwan Wong-opasi
7033 Somerset Farms Dr.
Nashville, TN 37221

an answer to the complaint which is served on you with this summons, within __26__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

JUN 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON
CLERK

MAY 3 1 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

|  | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2005 JUN 15 PM 3:27

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): VIA EXPRESS MAIL (ED 968 925 383 US) WITH RETURN RECEIPT SIGNED BY DEFENDANT MARCIA G. ELLISON IN HER INDIVIDUAL CAPACITY ON 6/7/05 (POSTMARK DATE).

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/14/05
             Date

Signature of Server: [signed] Wong-opasi, Plaintiff pro se

Dr. Uthaiwan Wong-opasi
7033 Somerset Farms Dr.
Nashville, TN 37221

Address of Server

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   1:05 CV 01083 (SLC)
   Marcia G Ellison
   1101 Downs Blvd., Apt. E107
   Franklin, TN
   37064

2. [barcode] ED9689253883US

PS ___

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): MARCIA G. ELLISON
B. Date of Delivery:
C. Signature: X [signed] Marcia G Ellison   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Postmark: FRANKLIN 37064 JUN 07 2005 USPS]

3. Service Type:
   ☐ Certified Mail  ☒ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

ED 968 925 383 US
Return Receipt   Rec'd 6/8/05    102595-00-M-0952

(1) As to who