AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Uthaiwan Wong-opasi, Ph.D. (pro se)

v.

James A. Hefner, et al., Defendants
Sued in individual and Official
Capacities

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:05CV01083

JUDGE: Paul L. Friedman

CASE

DECK TYPE: Pro se General Civil

DATE STAMP: 05/31/2005

TO: (Name and address of Defendant)

Augustus Bankhead, Ed.D. (in individual capacity)
177 Lelawood Cir.
Nashville, TN 37209-4524

PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ▮▮▮▮▮ (name and address)

Dr. Uthaiwan Wong-opasi
7033 Somerset Farms Dr.
Nashville, TN 37221

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

JUN 1 5 2005

NANCY M. MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON

MAY 3 1 2005

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | RECEIVED |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | | U.S. DISTRICT COURT |
| NAME OF SERVER (PRINT) | TITLE | DISTRICT OF COLUMBIA |
| | | 2005 JUN 15 PM 3: 25 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): VIA EXPRESS MAIL (ED 968 925 468 US) WITH RETURN RECEIPT SIGNED BY DEFENDANT AUGUSTUS BANKHEAD IN HIS INDIVIDUAL CAPACITY ON 6/6/05.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/14/05___         _signature_ *Plaintiff pro se*
            Date          Signature of Server

Dr. Uthaiwan Wong-opasi
7033 Somerset Farms Dr.
Nashville, TN 37221

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 1:05 CV01083 (SLc)

Augustus Bankhead, Ed.D.
177 Lelawood Cir
Nashville, TN 37209-4524

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
                                        06/06/1

C. Signature
X Augustus Bankhead    ☐ Agent
                       ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail   ☒ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

(1) As to who may se

ED9689254 68US    ED 9689 25 468 US

PS Form 3811, July 1999    Domestic Return Receipt  Rec'd 6/7/05    102595-00-M-0952