UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** | ) | |
| | ) | |
| **Plaintiff,** *pro se,* | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:05CV01083** |
| | ) | **Judge Paul L. Friedman** |
| **JAMES A HEFNER, Ph.D.,** *et. al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS' MOTION TO DISMISS

Come Defendants **Defendants James A. Hefner, Ph.D., retired President of Tennessee State University (T.S.U.); Augustus Bankhead, Ed.D., Vice President for Academic Affairs; Jo Helen Railsback, Ph. D., retired faculty member at T.S.U.; Gloria C. Johnson, Ph. D., current faculty member at T.S.U.; Mary D. Mbosowo, former faculty member at T.S.U.; Marcia G. Ellison, former faculty member at T.S.U.; and Joseph H. Udelson, Ph.D., retired faculty member at T.S.U.** (hereinafter "Defendants") by and through undersigned counsel for the limited purpose of challenging this Court's jurisdiction.  The Defendants respectfully move this Court to dismiss Plaintiff's Complaint against Defendants in their official and individual capacities.[1] Pursuant to Federal Rules of Civil Procedure 12(b)(1), Plaintiff's Complaint must be dismissed because this Court lacks subject matter jurisdiction over this matter.  In the alternative, Plaintiff's

---

[1] This Motion is brought on behalf of all Defendants served in their official and individual capacities.  As of the filing of this Motion, some but not all, of the Defendants have been served with process in their individual capacities. This Court may, however, *sua sponte* dismiss Plaintiff's claims against those individual State Defendants, who have yet to be served with process in their individual capacities, if the Court finds that it lacks subject matter jurisdiction over Plaintiff's claims and/or has failed to state a claim upon which relief can be granted against the individuals who have been served in their individual capacities.

Complaint must be dismissed for lack of personal jurisdiction pursuant to Federal Rule of Civil

Procedure 12(b)(2).  The grounds for this Motion are fully discussed in the attached Memorandum

of Law.[2]

Respectfully submitted,

PAUL G. SUMMERS
Attorney General and Reporter


S/ Michael Markham
Michael Markham, No.22907
Civil Litigation and State Services
Division
Assistant Attorney General
Cordell Hull Building, Second Floor
P. O. Box 20207
Nashville, TN  37202-0207
(615) 741-1730

---

[2] Defendants' motion to dismiss is strictly procedural.  The Defendants respectfully reserve the right to file additional motions to dismiss the case for reasons including failure to state a claim upon which relief may be granted pursuant to Rule 12(b)(6), expiration of the statute of limitations, and sovereign immunity.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was mailed, first class postage prepaid, to the following:

Uthaiwan Wong-opasi, Ph.D.
7033 Somerset Farms Drive
Nashville, TN 37221

this the 22nd day of June, 2005.

   S/Michael Markham
Michael Markham