**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| UTHAIWAN WONG-OPASI, Ph.D. Plaintiff, pro se )<br>7033 Somerset Farms Drive, Nashville, TN 37221 )<br>v.                                                                              )<br>JAMES A. HEFNER, Ph.D., *et al.*, Defendants      )<br>708 Postal Ct., Brentwood, TN 37027-7647           )<br>All defendants sued in individual and official capacities ) | Civil Action No. **1:05cv1083 PLF**<br><br>**Judge Paul L. Friedman**<br><br>**Jury Demand** |

## NOTICE OF FILING OF [PROPOSED] ORDER

On June 15, 2005, the plaintiff originally filed an "Amended Complaint," a "Motion for Declaratory Judgment, Restitution, and Treble Damages," a "Memorandum of Points and Authorities," and Returns of Services of Summons.

However, the intended "[Proposed] Order" was not filed on June 15, 2005 due to the fact that the Assistant Court Clerk informed the plaintiff that her new summonses for her "Amended Complaint" would not be issued immediately because the Court Clerk would have to docket all of her pleadings on the computer before summonses could be re-issued. That delay confused her and made her unaware of the omission of filing a "[Proposed] Court Order."

The "[Proposed] Order," filed herewith, is a revised version. Moreover, the plaintiff believes that the defendants would not be prejudiced by the filing of the present [proposed] court order because the minimum time to respond is still observed.

Respectfully submitted,

Uthaiwan Wong-opasi, Ph.D.
Plaintiff, pro se

1

## CERTIFICATE OF SERVICE

I, hereby, certify that a copy of the foregoing was served with a summons, a copy of an amended complaint, a "Motion for Declaratory Judgment, Restitution, and Treble Damages," a "Memorandum of Points and Authorities," and a "[Proposed] Order" to the named defendants and the State Attorney General of Tennessee at the following addresses:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243