**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) <br> 7033 Somerset Farms Drive, Nashville, TN 37221 ) <br> v. ) <br> **JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants ) <br> 708 Postal Ct., Brentwood, TN 37027-7647 ) <br> All defendants sued in individual and official capacities ) | Civil Action No. **1:05cv1083 PLF** <br><br> **Judge Paul L. Friedman** <br><br> **Jury Demand** |

### <u>OPPOSITION</u> TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S CROSS MOTION TO STRIKE DEFENDANTS' MOTION TO DISMISS

Per provisions of Rule 12(b)(1) of the Federal Rules of Civil Procedure (FRCP 57) as well as Rule LCvR 7 of the Local Rules of this Court, the plaintiff hereby, respectfully files this "Opposition to Defendants' Motion to Dismiss and Plaintiff's Cross Motion to Strike Defendants' Motion to Dismiss," together with an accompanying "Memorandum of Points and Authorities" in support thereof, "Plaintiff's Affidavit Re: (1) Court's Delayed Summons Issuance and (2) Defendants' Out-Of-Time Motion to Dismiss," and a "[Proposed] Order Striking Defendants' Motion to Dismiss."

An **oral hearing** is requested for **September 7, 2005 at 2:00 p.m. in Open Court.**

Respecfully submitted,<br>
<i>/s/ Uthaiwan Wong-opasi</i><br>
Uthaiwan Wong-opasi, Ph.D.<br>
Plaintiff, pro se

### <u>CERTIFICATE OF SERVICE</u>

I, hereby, certify that on or about July 6, 2005, the following pleadings were served as a package, via certified mail with return receipt requested:

1. An original summons for the amended complaint;

(Page 1 of 16)

1

2. A copy of the "Amended Complaint for Declaratory Judgment, Damages, and Restitution";

3. A copy of the "Plaintiff's Motion for Declaratory Judgment, Damages, and Restitution,"

4. A copy of the "Memorandum of Points and Authorities" in support of the declaratory judgment motion;

5. A copy of the "Notice of Filing of [Proposed] Order";

6. A copy of the "[Proposed] Order";

7. A copy of the "Plaintiff's Affidavit Re: (1) Court's Delayed Summons Issuance and (2) Defendants' Out-Of-Time Motion to Dismiss";

8. A copy of the "[Proposed] Order Setting Two Hearings";

9. A copy of the "Opposition to Defendants' Motion to Dismiss and Plaintiff's Cross Motion To Strike Defendants' Motion to Dismiss";

10. A copy of the "Memorandum of Points and Authorities Supporting Opposition to Defendants' Motion to Dismiss and Plaintiff's Cross Motion To Strike Defendants' Motion to Dismiss"; and

11. A copy of the "[Proposed] Order Striking Defendants' Motion to Dismiss";

to the named defendants and the State Attorney General of Tennessee at the following addresses:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se )<br>7033 Somerset Farms Drive, Nashville, TN 37221 )<br>v.                                                                                      )<br>**JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants     )<br>708 Postal Ct., Brentwood, TN 37027-7647             )<br>All defendants sued in individual and official capacities ) | Civil Action No. **1:05cv1083 PLF**<br><br>**Judge Paul L. Friedman**<br><br>**Jury Demand** |

---

### MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING PLAINTIFF'S <u>OPPOSITION</u> TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S CROSS MOTION TO STRIKE DEFENDANTS' MOTION TO DISMISS

---

Per provisions of Rule 12(b)(1) of the Federal Rules of Civil Procedure (FRCP 57) as well as Rule LCvR 7 of the Local Rules of this Court, the plaintiff hereby, respectfully files this "Opposition to Defendants' Motion to Dismiss and Plaintiff's Cross Motion to Strike Defendants' Motion to Dismiss," together with an accompanying "Memorandum of Points and Authorities" in support thereof, "Plaintiff's Affidavit Re: (1) Court's Delayed Summons Issuance and (2) Defendants' Out-Of-Time Motion to Dismiss," and a "[Proposed] Order Striking Defendants' Motion to Dismiss."

An **oral hearing** is requested for **September 7, 2005** at **2:00 p.m. in Open Court.**

### PROCEDURAL BACKGROUND

On May 31, 2005, the plaintiff filed a complaint in this Court and summonses were issued immediately without delay by the Court Clerk. The summonses were mailed on the same day.

(Page 3 of 16)

1

On July 15, 2005, the plaintiff filed an amended complaint together with a "Motion for Declaratory Judgment, Damages, and Resitution," "Memorandum of Points and Authorities" in support, thereof.

However, the Court Clerk refused to issue the new summonses by stating that the Court Clerk had to enter the amended complaint first in the docket. At first, the Court Clerk stated that summonses would not be issued until the next day. When the plaintiff asked to come back to pick up the new summonses, the Court Clerk then changed the scheduled time and stated, instead, that the docket entries would take **"a few days."** In effect, while the plaintiff filed her amended complaint with the motion and memorandum on **June 15, 2005**, the Court Clerk waited untile **June 20, 2005 to enter the pleadings and to issue the summonses. Moreover, the Court Clerk did not mail out the re-issued summonses <u>until June 22, 2005, i.e. the very same day that the defendants "allegedly" filed their "Motion to Dismiss."</u>** (See Affidavit.)

**On July 6, 2005, the plaintiff "timely" filed her opposition with a memorandum of points and authorities.**

### LEGAL STANDARD

### 1. Diversity Jurisdiction

The defendants contended that the Court lacked either (a) the subject matter jurisdiction pursuant to a lack of complete diversity of citizenships of the parties, or (b) the personal jurisdiction over the defendants.

Even though the defendants admitted that Defendants Mbosowo and Udelson were not Tennessee citizens, they still contended that the federal diversity jurisdiction did not apply to this case. To satisfy the requirements of the diversity jurisdiction, 28 U.S.C 1332, only ONE defendant OR plaintiff needs to have different citizenships. Moreover, the Complaint already

2   (Page 4 of 16 )

stated that the plaintiff was a permanent resident of the United States of America. Thus, the defendants already knew or should have known since the motion to dismiss was filed by an attorney that by definition, the term "permanent resident" means "non-U.S. citizen" according to the Immigration and Naturality Act as prescribed in 8 U.S.C. Section 101(?). **Finally, the plaintiff never stated that she was a "Tennessee citizen." Said mis-reading is COMPLETELY PROHIBITED, especially when Defendants Hefner, Bankhead, Railsback, Mbosowo, and Udelson, as well as the State Attorney General and Reporter of Tennessee had used this same argument before BUT FAILED in the federal court of the Middle District of Tennessee in Nashville, in a case that the plaintiff had filed against them in 1998.**

**Accordingly, a lack of diversity citizenship is NO defense to this lawsuit given (i) Defendant Mbosowo's Oklahoma or Nigerian citizenship and Defendant Udelson's New York citizenship and/or (ii) the plaintiff's non-U.S. citizenship as opposed to the U.S. citizenship of Defendants Hefner, Bankhead, Railsback, Johnson, Ellison, Udelson, and possibly Mbosowo.**

### 2. Personal Jurisdiction

The defendants cited to D.C. Code 1981 Section 13-423 for support for their argument against this Court's personal jurisdiction over them via the District of Columbia's Long-arm Statute.

However, D.C. Code 1981 Section 13-423 clause (a)(3) itself provided the basis for this lawsuit. To wit:

*(a)   A District of Columbia court may exercise personal jurisdiction over a person, who acts directly or by an agent, as to a claim for relief arising from the person's:*

3   (Page 5 of 16)

(3)    causing tortius injury in the District of Columbia by an act or omission in the District of Columbia.

A false procurement of breach of contract is classified as "causing tortius injury" as evidenced by the statute's provision for "treble damage."

If viewed in a strict contract theory, all of the named defendants were "agents" of Tennessee State University (TSU) which was named as a "discriminatory employer" by the plaintiff in her discrimination complaints against TSU, filed with the Office of Special Counsel for Immigration-Related Unfair Employment Practices and the headquarter and the Nashville-Area office of the U.S. Equal Employment Opportunity Commission. Moreover, Defendants Hefner, Bankhead, and Johnson were named as "discriminatory actors" themselves in addition to TSU.

The facts were clearly but succinctly stated in the original complaint such that the defendants should have had NO Basis none whatsoever to dispute this fact. If they do so, they knowingly committed perjury because they knowingly and intentionally stated what they knew to be false to this Court. Citing to <u>Conley v. Gibson</u>, 355 U.S. 41, 45-46 is of NO AVAIL TO THE DEFENDANTS because all the U.S. Supreme Court said was, in essence, that "All allegations in the complaint should be construed to be TRUE, the burden of proof is upon the defendants, NOT the plaintiff, to prove otherwise. Thus, the U.S. Supreme Court's mandate in <u>Conley v. Gibson</u>, in fact, IS CONTRARY to the defendants' position and PROHIBITS the Court's dismissal of this lawsuit without a hearing on the merit because Rule 12(b)(1) of the FRCP must be treated as a Rule 56 for summary judgment and this Court's Local Rules prescribe strict standards that the defendants must follow.

4

(Page 6 of 16)

For the foregoing reasons, the plaintiff respectfully requests the Court to deny the defendants' motion to dismiss.

Respecfully submitted,

*[signature]*

Uthaiwan Wong-opasi, Ph.D.
Plaintiff, pro se

### CERTIFICATE OF SERVICE

I, hereby, certify that on or about July 6, 2005, the following pleadings were served as a package, via certified mail with return receipt requested:

1. An original summons for the amended complaint;
2. A copy of the "Amended Complaint for Declaratory Judgment, Damages, and Restitution";
3. A copy of the "Plaintiff's Motion for Declaratory Judgment, Damages, and Restitution,"
4. A copy of the "Memorandum of Points and Authorities" in support of the declaratory judgment motion;
5. A copy of the "Notice of Filing of [Proposed] Order";
6. A copy of the "[Proposed] Order";
7. A copy of the "Plaintiff's Affidavit Re: (1) Court's Delayed Summons Issuance and (2) Defendants' Out-Of-Time Motion to Dismiss";
8. A copy of the "[Proposed] Order Setting Two Hearings";
9. A copy of the "Opposition to Defendants' Motion to Dismiss and Plaintiff's Cross Motion To Strike Defendants' Motion to Dismiss";
10. A copy of the "Memorandum of Points and Authorities Supporting Opposition to Defendants' Motion to Dismiss and Plaintiff's Cross Motion To Strike Defendants' Motion to Dismiss"; and
11. A copy of the "[Proposed] Order Striking Defendants' Motion to Dismiss";

to the named defendants and the State Attorney General of Tennessee at the following addresses:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647
**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524
**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522
**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636
**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064
**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255
**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) | Civil Action No. **1:05cv1083 PLF** |
| 7033 Somerset Farms Drive, Nashville, TN 37221  ) | |
| v.                                             ) | **Judge Paul L. Friedman** |
| **JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants ) | |
| 708 Postal Ct., Brentwood, TN 37027-7647       ) | **Jury Demand** |
| All defendants sued in individual and official capacities ) | |

**"Plaintiff's Affidavit Re: (1) Court's Delayed Summons Issuance and (2) Defendants' Out-Of-Time Motion to Dismiss";**

Duly sworn, the plaintiff states:

1. On May 31, 2005, I filed a complaint in this Court and summonses were issued immediately without delay by the Court Clerk.

2. I mailed the summonses on the same day.

3. On July 15, 2005, I filed an amended complaint together with a "Motion for Declaratory Judgment, Damages, and Resitution," "Memorandum of Points and Authorities" in support, thereof.

4. However, the Court Clerk refused to issue the new summonses by stating that the Court Clerk had to enter the amended complaint first in the docket.

5. At first, the Court Clerk stated to me that summonses would not be issued until the next day.

6. When I asked to come back to pick up the new summonses, the Court Clerk then changed the scheduled time and stated, instead, that the docket entries would take **"a few days."**

7. In effect, while I filed my amended complaint with the motion and memorandum on **June 15, 2005**, the Court Clerk waited untile **June 20, 2005** to enter the pleadings and to issue the summonses.

(Page 9 of 16)

8. **Moreover, the Court Clerk did not mail out the re-issued summonses until June 22, 2005, i.e. the very same day that the defendants "allegedly" filed their "Motion to Dismiss."**

9. **I received the new summonses on Saturday, June 25, 2005.**

10. **I waited for the answers to my original complaint from the defendants but up to June 29, 2005, I received no responses from them.**

11. On July 6, 2005, I "timely" filed my opposition and a cross motion to strike the defendants' motion to dismiss with a memorandum of points and authorities and this affidavit in support thereof and a [proposed] order striking defendants' motion to dismiss.

Respecfully submitted,

Uthaiwan Wong-opasi, Ph.D.
Plaintiff, pro se

## CERTIFICATE OF SERVICE

I, hereby, certify that on or about July 6, 2005, the following pleadings were served as a package, via certified mail with return receipt requested:

1. An original summons for the amended complaint;
2. A copy of the "Amended Complaint for Declaratory Judgment, Damages, and Restitution";
3. A copy of the "Plaintiff's Motion for Declaratory Judgment, Damages, and Restitution,"
4. A copy of the "Memorandum of Points and Authorities" in support of the declaratory judgment motion;
5. A copy of the "Notice of Filing of [Proposed] Order";
6. A copy of the "[Proposed] Order";
7. A copy of the "Plaintiff's Affidavit Re: (1) Court's Delayed Summons Issuance and (2) Defendants' Out-Of-Time Motion to Dismiss";
8. A copy of the "[Proposed] Order Setting Two Hearings";
9. A copy of the "Opposition to Defendants' Motion to Dismiss and Plaintiff's Cross Motion To Strike Defendants' Motion to Dismiss";
10. A copy of the "Memorandum of Points and Authorities Supporting Opposition to Defendants' Motion to Dismiss and Plaintiff's Cross Motion To Strike Defendants' Motion to Dismiss"; and

(Page 10 of 16)

11. A copy of the "[Proposed] Order Striking Defendants' Motion to Dismiss";

to the named defendants and the State Attorney General of Tennessee at the following addresses:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

*[signature]*

(Page 11 of 16)