UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) <br> 7033 Somerset Farms Drive, Nashville, TN 37221 ) <br> v. ) <br> **JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants ) <br> 708 Postal Ct., Brentwood, TN 37027-7647 ) <br> All defendants sued in individual and official capacities ) | Civil Action No. **1:05cv1083 PLF** <br><br> **Judge Paul L. Friedman** <br><br> **Jury Demand** |

### [PROPOSED] ORDER
### SETTING TWO ORAL HEARINGS

Before the Court are the plaintiff's **"Motion for Declaratory Judgment, Restitution, and Treble Damages,"** with support from her **"Memorandum of Points and Authorities" both of which were filed on June 15, 2005,** as well as from the statements in her original and amended complaints, and the defendants' **"Motion to Dismiss"** with support from their **"Memorandum of Points and Authorities," claimed to have been filed on June 22, 2005.**

The defendants' motion to dismiss was "timely" opposed to by the plaintiff with the filings of her **"Plaintiff's Opposition to Defendants' Motion to Dismiss," "Opposing Memorandum of Points and Authorities to Defendants' Motion to Dismiss," and "Plaintiff's Affidavit Re: (1) Court's Delayed Summons Issuance and (2) Defendants' Out-Of-Time Motion to Dismiss."**

The Court is mindful of the difficulties that out-of-state litigants have in filing their pleadings personally or by mail and in getting the issuances of summonses, subpoenas, and the like. The Court is particularly sympathetic to pro se litigants who do not have access to

1

(Page 2 of 6)

electronic filings and to comply with prescribed schedules when certain acts involve Court Clerk's action.

Accordingly, the Court, hereby, ORDERS that TWO HEARINGS are set as follows:

On **August 4, 2005 at 2:00 p.m.** on the **plaintiff's motion for declaratory judgment, damages, and restitution**; and

On **September 7, 2005 at 2:00 p.m.** on the **defendants' motion to dismiss and the plaintiff's cross motion to strike defendants' motion to dismiss.**

Signed this _____ day of July, 2005.

_____
Paul L. Friedman, District Judge

### CERTIFICATE OF SERVICE

I, hereby, certify that on or about July 6, 2005, the following pleadings were served as a package, via certified mail with return receipt requested:

1. An original summons for the amended complaint;
2. A copy of the "Amended Complaint for Declaratory Judgment, Damages, and Restitution";
3. A copy of the "Plaintiff's Motion for Declaratory Judgment, Damages, and Restitution,"
4. A copy of the "Memorandum of Points and Authorities" in support of the declaratory judgment motion;
5. A copy of the "Notice of Filing of [Proposed] Order";
6. A copy of the "[Proposed] Order";
7. A copy of the "Plaintiff's Affidavit Re: (1) Court's Delayed Summons Issuance and (2) Defendants' Out-Of-Time Motion to Dismiss";
8. A copy of the "[Proposed] Order Setting Two Hearings";
9. A copy of the "Opposition to Defendants' Motion to Dismiss and Plaintiff's Cross Motion To Strike Defendants' Motion to Dismiss";
10. A copy of the "Memorandum of Points and Authorities Supporting Opposition to Defendants' Motion to Dismiss and Plaintiff's Cross Motion To Strike Defendants' Motion to Dismiss"; and
11. A copy of the "[Proposed] Order Striking Defendants' Motion to Dismiss";

to the named defendants and the State Attorney General of Tennessee at the following addresses:


**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

*[signature]*