UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** ) | |
| ) | |
| **Plaintiff,** *pro se,* ) | |
| ) | |
| v. ) | **Case No.: 1:05CV01083** |
| ) | **Judge Paul L. Friedman** |
| **JAMES A HEFNER, Ph.D.,** *et. al.,* ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANTS' SUPPLEMENT TO THEIR MOTION TO DISMISS IN LIGHT OF PLAINTIFF'S AMENDED COMPLAINT

Come **Defendants James A. Hefner, Ph.D., retired President of Tennessee State University (T.S.U.); Augustus Bankhead, Ed.D., Vice President for Academic Affairs; Jo Helen Railsback, Ph. D., retired faculty member at T.S.U.; Gloria C. Johnson, Ph. D., current faculty member at T.S.U.; Mary D. Mbosowo, former faculty member at T.S.U.; Marcia G. Ellison, former faculty member at T.S.U.; and Joseph H. Udelson, Ph.D., retired faculty member at T.S.U.** (hereinafter "Defendants") by and through undersigned counsel for the limited purpose of supplementing the initial motion to dismiss in light of Plaintiff filing an amended complaint. In her amended complaint, Plaintiff adds several allegations, as well as a "Motion for Declaratory Judgment/ Judgment on the Pleading" and a request for "[r]eal and quasi attorney's fees." (Amended Complaint, ¶ ¶ 85, 91) Contemporaneously with the filing of the Amended Complaint, Plaintiff has further filed both "A MOTION FOR DECLARATORY JUDGMENT, RESTITUTION, AND TREBLE DAMAGES" and an "OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S CROSS MOTION TO STRIKE DEFENDANTS' MOTION TO DISMISS."[1]

---

[1] Plaintiff also filed accompanying memoranda of law with each of these additional motions.

Irrespective of the additional allegations in the amended complaint, Defendants remain steadfast in their assertion that this Court lacks both personal and subject matter jurisdiction over the action. Plaintiff alleges no additional facts that would otherwise establish either personal or subject matter jurisdiction in this Court. Therefore, Defendants' continue to urge this Court to dismiss this action pursuit to Fed. R. Civ. P. 12(12)(b)(1), (2). Additionally, Defendants urge this Court to deny Plaintiff's Motion for Declaratory Judgment, Restitution, and Treble Damages as Plaintiff has asserted no authority, and Defendants are aware of none, for the Court to grant such a motion.

Finally, Defendants ask this Court to deny "Plaintiff's Cross Motion to Strike Defendants' Motion to Dismiss." In the supporting memorandum, Plaintiff misstates the applicable law regarding diversity jurisdiction when she states that "only ONE defendant OR plaintiff needs to have different citizenships." (*Plaintiff's Opposition to Defendants' Motion to Dismiss and Plaintiff's Cross Motion to Strike Defendants' Motion to Dismiss* at 2) (sic). This is clearly an incorrect statement of law. *See Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996) (noting that each plaintiff must be diverse from each defendant to satisfy diversity jurisdiction requirements). Moreover, she continues to use a Nashville, Tennessee, mailing address without otherwise asserting her state of residency. Though she contends that Defendants caused a tortious injury in Washington, D.C., she once again fails to allege any action a single Defendant took in Washington, D.C. Thus, this Court should also deny Plaintiff's motion to strike Defendants' motion to dismiss.

    Respectfully submitted,

    PAUL G. SUMMERS
    Attorney General and Reporter


    S/ Michael Markham
    Michael Markham, No.22907
    Civil Litigation and State Services

Division
Assistant Attorney General
Cordell Hull Building, Second Floor
P. O. Box 20207
Nashville, TN  37202-0207
(615) 741-1730

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was mailed, first class postage prepaid, to the following:

Uthaiwan Wong-opasi, Ph.D.<br>
7033 Somerset Farms Drive<br>
Nashville, TN 37221

this the15th day of July, 2005.

                                                  S/Michael Markham
                                                  Michael Markham