UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UTHAIWAN WONG-OPASI, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1083 (PLF) |
| JAMES A. HEFNER, et al., | ) |
| Defendants. | ) |

ORDER

Upon consideration of the arguments of the parties and for the reasons stated in the Memorandum Opinion issued this same day, it is hereby

ORDERED that [18] defendant's motion to dismiss for lack of subject matter jurisdiction is GRANTED; it is

FURTHER ORDERED that [17] plaintiff's motion for declaratory judgment, restitution, and treble damages is DENIED; it is

FURTHER ORDERED that [22] plaintiff's cross motion to strike defendant's motion to dismiss is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court without prejudice. This is a final appealable order. See FED.R. APP.P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 20, 2005