UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** ) | |
| ) | |
| **Plaintiff,** *pro se,* ) | |
| ) | |
| v. ) | **Case No.: 1:05CV01083** |
| ) | **Judge Paul L. Friedman** |
| **JAMES A HEFNER, Ph.D.,** *et. al.,* ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION RULE 60 AND/OR RULE 59(e) MOTIONS**

Come Defendants **Defendants James A. Hefner, Ph.D., retired President of Tennessee State University (T.S.U.); Augustus Bankhead, Ed.D., Vice President for Academic Affairs; Jo Helen Railsback, Ph. D., retired faculty member at T.S.U.; Gloria C. Johnson, Ph. D., current faculty member at T.S.U.; Mary D. Mbosowo, former faculty member at T.S.U.; Marcia G. Ellison, former faculty member at T.S.U.; and Joseph H. Udelson, Ph.D., retired faculty member at T.S.U.** (hereinafter "Defendants") by and through undersigned counsel and respectfully move this Court to deny Plaintiff's motions. Plaintiff's motion pursuant to Rule 59(e) must be denied because Plaintiff has failed to establish a sufficient reason to alter or amend the judgment. Likewise, Plaintiff's motion for relief from judgment must also be denied because Plaintiff has failed to establish that any of the reasons set forth in Rule 60(b) apply. The grounds for this Response are fully discussed in the attached Memorandum of Law.

Respectfully submitted,

PAUL G. SUMMERS
Attorney General and Reporter

                                       S/ Michael Markham
                                       Michael Markham, No.22907
Civil Litigation and State Services Division
Assistant Attorney General
Cordell Hull Building, Second Floor
P. O. Box 20207
Nashville, TN 37202-0207
(615) 741-1730

2

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing was mailed, first class postage prepaid, to the following:

Uthaiwan Wong-opasi, Ph.D.<br>
7033 Somerset Farms Drive<br>
Nashville, TN 37221

this the 19th day of August, 2005.

                                                                S/Michael Markham<br>
                                                                Michael Markham