UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** )<br>)<br>**Plaintiff,** *pro se,* )<br>)<br>v. )<br>)<br>**JAMES A HEFNER, Ph.D.,** *et. al.,* )<br>)<br>**Defendants.** ) | Case No.: 1:05CV01083<br>Judge Paul L. Friedman |

**MEMORANDUM OF LAW IN SUPPORT OF STATE DEFENDANTS' MOTION TO DENY PLAINTIFF'S RULE 59(e) AND RULE 60 MOTIONS**

**INTRODUCTION**

Defendants James A. Hefner, Ph.D., retired President of Tennessee State University (T.S.U.); Augustus Bankhead, Ed.D., Vice President for Academic Affairs; Jo Helen Railsback, Ph. D., retired faculty member at T.S.U.; Gloria C. Johnson, Ph. D., current faculty member at T.S.U.; Mary D. Mbosowo, former faculty member at T.S.U.; Marcia G. Ellison, former faculty member at T.S.U.; and Joseph H. Udelson, Ph.D., retired faculty member at T.S.U. (hereinafter "Defendants"), by and through undersigned counsel, submit this Memorandum of Law In Support of Defendants' Motion to Deny Plaintiff's Motions.

**PROCEDURAL HISTORY**

On May 31, 2005, Plaintiff filed an original complaint in this Court. (Docket Entry 1) Plaintiff subsequently filed an amended complaint on June 15, 2005. (Docket Entry 2) Defendants filed a Motion to Dismiss the Complaint for Lack of Subject Matter and Personal Jurisdiction on July 1, 2005. (Docket Entry 18) This Court granted the motion on July 20, 2005. (Docket Entry 25) Plaintiff has since filed a Motion seeking, *inter alia*, to alter or amend the judgment or relief from judgment. (Docket Entry 26)

## LEGAL STANDARD

"A Rule 59(e) motion is discretionary and need not be granted unless the district court finds that there is an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C.Cir. 1996) (per curiam) (internal quotation marks omitted). The decision to grant or deny such a motion is within this Court's sound discretion. *Id.* Likewise, the decision to relieve a party from a judgment or order is within this Court's discretion. *See Summers v. Howard University*, 374 F.3d 1188, 1192 (D.C. Cir. 2004).

## ARGUMENT

This Court should deny Plaintiff's motion. In her affidavit with her motion, Plaintiff alleges that Defendants have committed fraud and furthermore asserts various errors committed by the Court. A review of these allegations, however, establishes that all are devoid of merit. For instance, Plaintiff asserts in her affidavit that Defendants failed to mail her a copy of the Motion to Dismiss for Lack of Jurisdiction. (Affidavit, ¶ 27) Even assuming, *arguendo*, that this were true, Plaintiff would not be entitled to relief from judgment because Plaintiff clearly had access to the documents as evidenced by her filing a motion in opposition to Defendant's Motion to Dismiss. (Docket Entry 22) Moreover, none of the errors she alleges were committed by the Court warrant relief from this Court's order granting the Defendants' motion to dismiss. Therefore, Plaintiff's current motion should be denied.

## CONCLUSION

Plaintiff has failed to establish that this Court's order granting Defendant's motion to dismiss should be altered or that Plaintiff should be relieved from the order. Accordingly, this Court should deny Plaintiff's motion.

        Respectfully Submitted,

        PAUL G. SUMMERS
        Attorney General and Reporter


        S/ Michael Markham
        Michael Markham, No.22907
        Civil Litigation and State Services Division
        Assistant Attorney General
        Cordell Hull Building, Second Floor
        P. O. Box 20207
        Nashville, TN  37202-0207
        (615) 741-1730

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and exact copy of the foregoing Motion to Dismiss has been forwarded by first class, postage prepaid, return receipt requested, addressed as follows:

        Uthaiwan Wong-opasi, Ph.D.
        7033 Somerset Farms Drive
        Nashville, TN 37221


this the 19th day of August, 2005.

        S/ Michael Markham
        Michael Markham