UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) | Civil Action No. **1:05cv1083 PLF** |
| 7033 Somerset Farms Drive, Nashville, TN 37221 ) | |
| v.                                             ) | **Judge Paul L. Friedman** |
| **JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants ) | |
| 708 Postal Ct., Brentwood, TN 37027-7647       ) | **Jury Demand** |
| All defendants sued in individual and official capacities ) | |

## MOTION TO DISQUALIFY DEFENDANTS' COUNSEL
## AND TO REINSTATE THE CASE

For the reasons stated in the accompanying "Memorandum of Points and Authorities for Motion to Disqualify Defendants' Counsel and To Reinstate the Case" and the "Notice of No Entry of Attorney's Appearance," the plaintiff respectfully moves the Court to grant her "Motion to Disqualify Defendants' Counsel and To Reinstate the Case."

Respectfully submitted,

*/s/ Uthaiwan Wong-opasi*

Uthaiwan Wong-opasi, Ph.D., Plaintiff pro se

### CERTIFICATE OF SERVICE

I, hereby, certify that on or about October 17, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and TN State Attorney General:

JAMES A. HEFNER, Ph.D.
708 Postal Ct., Brentwood, TN 37027-7647

AUGUSTUS BANKHEAD, Ed.D.
177 Lelawood Cir., Nashville, TN 37209-4524

JO HELEN, RAILSBACK, Ph.D.
408 Bowling Ave. Nashville, TN 37205-2522

GLORIA C. JOHNSON, Ph.D.
1495 Bell Rd., Nashville, TN 37211-6636

MARY D. MBOSOWO
2616 Redvine Rd., Edmond, OK 73034

MARCIA G. ELLISON
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

JOSEPH H. UDELSON, Ph.D.
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

PAUL G. SUMMERS
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

*/s/ Uthaiwan Wong-opasi*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) | Civil Action No. **1:05cv1083 PLF** |
| 7033 Somerset Farms Drive, Nashville, TN 37221  ) | |
| v.                                                ) | **Judge Paul L. Friedman** |
| **JAMES A. HEFNER, Ph.D.,** *et al.,* Defendants  ) | |
| 708 Postal Ct., Brentwood, TN 37027-7647          ) | **Jury Demand** |
| All defendants sued in individual and official capacities ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES FOR**
**MOTION TO DISQUALIFY DEFENDANTS' COUNSEL**
**AND TO REINSTATE THE CASE**

On May 31, 2005, this case was filed. Defendants' answers were due by June 22, 2005, pursuant to Federal Rules of Civil Procedure.

However, no answers were filed by the defendants to date. Hence, defendants "failed to appear" "in person" in this Court to answer the plaintiff's complaint and amended complaint and, as a direct result, defendants "have now defaulted" and the Court's entry of a judgment by default against them is not only "proper" but also "just."

A party is entitled to be represented by legal counsel. In that event, however, Rule LCvR 83.6(a) of the Local Rules of this Court requires the filing of an Entry of Appearance by a party's attorney if that party chooses not to represent himself/herself. Rule LCvR 83.6(a) of the Local Rules further defines "Entry of Appearance" as "by signing any pleading described in Rule 7(a), Federal Rules of Civil Procedure, or by filing a written notice of entry of an appearance listing the attorney's correct address, telephone number and bar identification number.

Although Rule 12(b) of the Federal Rules of Civil Procedure permits defendants to circumvent the requirement of filing an answer, Rule 12(b) pleadings are **not** the pleadings covered by Rule 7(a) of the FRCP.

Hence, a Rule 12(b) to dismiss the case, purportedly to have been filed by Mr. Michael Markham on behalf of the defendants, did not qualify as a Rule 7(a) pleading, and thus, **did not constitute a valid entry of appearance of defendants' counsel pursuant to the FRCP** and therefore, **defendants were not properly represented by a lawyer, either, in addition to their not properly appearing on their own.**

Accordingly, **all of the defendants failed to appear in this Court themselves or by an attorney because no proper pleadings were filed by the defendants themselves or by their attorney on their behalf and therefore, default judgment against them is "imminent."**

Further grounds to disqualify defendants' counsel included "failure to apply for a 'pro hac vice' appearance. This was because Mr. Markham is a Tennessee attorney who **is not licensed to practice law in this Court**, he would have had to apply to this Court for a "pro hac vice" appearance in this Court via the filing of a "pro hac vice" application with evidence of receipt of authorization from the State Attorney General and Reporter of Tennessee to represent all of the defendants in their individual capacities as well as in their official capacities via an "express written consent" signed by Mr. Paul G. Summers, the Attorney General and Reporter of Tennessee, **prior to or contemporaneous with the filing of a Rule 12(b) Motion to Dismiss, and not after said filing.**

**Notwithstanding, no written consent from the Attorney General and Reporter has been filed in this case.**

Finally, Mr. Markham failed to establish proofs that he was an attorney in good standing to practice in the Supreme Court of Tennessee or the Federal Court in Nashville because there has been no certificate of good standing filed on his behalf by the Tennessee Supreme Court or by the Clerk of the District Court of Middle Tennessee in Nashville.

**All of the foregoing statutory requirements are strict and cannot be circumvented by later amendments, augmentations, or modifications. Otherwise, it will constitute a miscarriage of justice. Moreover, all applicable statutory time periods have long passed for any corrections.**

**In fact, when the errors are made by the defendants themselves, they have no valid excuses to correct them.**

**The fact that this case is now "closed" does not salvage the detriment of "failures to appear to answer the complaint which is "FATAL."**

For the foregoing reasons, the Court is respectfully moved to enter an order disqualifying Mr. Markham's appearance as defendants' counsel and to reinstate this case.

Respectfully submitted,

Uthaiwan Wong-opasi, Ph.D., Plaintiff pro se

## CERTIFICATE OF SERVICE

I, hereby, certify that on or about October 17, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and TN State Attorney General:

JAMES A. HEFNER, Ph.D.
708 Postal Ct., Brentwood, TN 37027-7647

AUGUSTUS BANKHEAD, Ed.D.
177 Lelawood Cir., Nashville, TN 37209-4524

JO HELEN, RAHSBACK, Ph.D.

408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2005 OCT 18 AM 12: 40

NANCY M.
MAYER-WHITTINGTON
CLERK

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) | Civil Action No. **1:05cv1083 PLF** |
| 7033 Somerset Farms Drive, Nashville, TN 37221 ) | |
| v.                                            ) | **Judge Paul L. Friedman** |
| **JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants ) | |
| 708 Postal Ct., Brentwood, TN 37027-7647      ) | **Jury Demand** |
| All defendants sued in individual and official capacities ) | |

### NOTICE OF MISSING DOCUMENTS FROM CASE FILE

Notice is hereby given to the Court and the Court Clerk that on August 26, 2005, I personally filed the following **EIGHT documents** in the case at bar, a copy of each is attached as Exhibits 1-8:

Exhibit 1:   [Proposed] Order Granting Hearing on Plaintiff's Motion to Show Cause for October 17, 2005 at 2:30 P.M.;

Exhibit 2:   [Proposed] Order Granting Plaintiff's Motion for Hearing on October 17, 2005 at 2:30 P.M. on Plaintiff's FRCP Rule 60 and/or Rule 59(e) Motions:
   (a) To Alter or Vacate Order of Case Dismissal and
   (b) To Enter a Rule 55(b)(2) Default Judgment against Defendants; or
   (c) To Grant Plaintiff's Motion for Declaratory Judgment, Damages, and Restitution in lieu of Case Dismissal;

Exhibit 3:   Plaintiff's Reply to Defendants' Response to Her FRCP Rule 60 Motion Due To Court's Errors (FRCP 60(a)) and/or Defendants' Fraud (FRCP Rule 60(b));

Exhibit 4:   Plaintiff's Reply Memorandum of Points and Authorities To Defendants' Response to Her FRCP Rule 60 Motion Due to Court's Errors (FRCP 60(a)) and/or Defendants' Fraud (FRCP 60(b));

Exhibit 5:   [Proposed] Order Granting Plaintiff's Motion for Hearing on October 17, 2005 at 2:30 P.M. on Plaintiff's FRCP Rule 60 and/or Rule 59(e) Motions:
   (a) To Alter or Vacate Order of Case Dismissal and
   (b) To Enter a Rule 55(b)(2) Default Judgment Against Defendants;
   or (c) To Grant Plaintiff's Motion for Declaratory Judgment, Damages, and Restitution in lieu of Case Dismissal;

**Note:**   Document 5 shown as Exhibit 5 was an accidental duplicate filing of Document 2 or Exhibit2.

Exhibit 6:   Plaintiff's Reply To Defendants' Response to Her FRCP Rule 59(e) Motion to Alter or Vacate Order of Case Dismissal and to Enter a Rule 55(b)(2) Motion for Default Judgment Or to Grant Plaintiff's Motion for Declaratory Judgment, Damages, and Restitution;

Exhibit 7:   Plaintiff's Reply Memorandum of Points and Authorities To Defendants' Response to Her FRCP Rule 59(e) Motion to Alter or Vacate Order of Case Dismissal and to Enter a Rule 55(b)(2) Motion for Default Judgment Or to Grant Plaintiff's Motion for Declaratory Judgment, Damages, and Restitution; and

Exhibit 8:   [Proposed] Order Granting Plaintiff's FRCP Rule 59(e) Motion to Alter or Vacate Order of Case Dismissal and to Enter a Rule 55(b)(2) Motion for Default Judgment or to Grant Plaintiff's Motion for Declaratory Judgment, Damages, and Restitution.

All of the defendants and the Attorney General's Office were mailed a copy of all of the foregoing eight documents on or about August 26, 2005.

**The missing documents from case file were clearly Court's errors. Moreover, the loss of the eight documents from case file created an unfair prejudice against the Plaintiff because all of the defenses raised by the Defendants against the Plaintiff's post-judgment Rule 59(e) alone and/or coupled with Rule 60 motions were defeated in her Reply and Reply Memorandum of Points and Authorities.**

Respectfully submitted,

*/s/ Uthaiwan Wong-opasi*

Uthaiwan Wong-opasi, Ph.D., Plaintiff pro se

## CERTIFICATE OF SERVICE

I, hereby, certify that on or about October 17, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and TN State Attorney General:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd.. Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

*/s/ Uthaiwan Wong-opasi*

Exhibit 1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

2005 AUG 26 PM 1:49

NANCY M.
MAYER-WHITTINGTON
CLERK

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) <br> 7033 Somerset Farms Drive, Nashville, TN 37221 ) <br> v.                                                                ) <br> **JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants   ) <br> 708 Postal Ct., Brentwood, TN 37027-7647           ) <br> All defendants sued in individual and official capacities ) | Civil Action No. **1:05cv1083 PLF** <br><br> **Judge Paul L. Friedman** <br><br> **Jury Demand** |

---

### [PROPOSED] ORDER
### GRANTING HEARING ON PLAINTIFF'S MOTION TO SHOW CAUSE
### FOR <u>OCTOBER 17, 2005 AT 2:30 P.M.</u>

---

Before the Court is the Plaintiff's Motion to Show Cause whether the Defendants had proofs of service of their Motion to Dismiss and supporting papers to substantiate their Certificates of Service therein. Said motion was unopposed to because the Defendants filed no direct or alluded opposition to the Plaintiff's Show-Cause Motion. Pursuant to Local Rules of this Court, unopposed to motions shall be granted. Moreover, failures to serve pleadings on the opposing party are violative not only of Rule 5(b) of the Federal Rules of Civil Procedure but also of LCvR 5.4(d)(2) of the Local Rules and are a serious offense when repetitive. Finally, for good cause shown that substantial rights to be timely served exist and should not be undermined by fraud or intentional misrepresentation to the Court in the form of Certificates of Service or in some other forms so that parties can fully brief the matters before the Court renders a well-informed, fair, and impartial decision on each matter in dispute, it is therefore

**ORDERED**

that a hearing on the Plaintiff's Motion to Show Cause with Memorandum (both of which was entered as Docket #26) be held on **October 17, 2005 at 2:30 p.m.** <u>and</u>

Doc. 1
Page 3 of 16

that the Defendants and/or the Defendants' Counsel provide proofs of mailings of their Motion to Dismiss (Docket #18), Memorandum in support of Motion to Dismiss (Docket #19), and Supplemental Motion to Dismiss (Docket #23) to the Plaintiff at the Show-Cause hearing.

Signed this ____ day of _____ 2005.

_____
Paul L. Friedman, District Judge

## CERTIFICATE OF SERVICE

I, hereby, certify that on or about August 26, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and the State Attorney General of Tennessee:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

Page 4 of 16

*Exhibit 2*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

RECEIVED
U.S. DISTRICT COURT
DIST. OF COLUMBIA

2005 AUG 26 PM 2: 2

NANCY M.
MAYER-WHITTINGTO
CLERK

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) <br> 7033 Somerset Farms Drive, Nashville, TN 37221 ) <br> v. ) <br> **JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants ) <br> 708 Postal Ct., Brentwood, TN 37027-7647 ) <br> All defendants sued in individual and official capacities ) | Civil Action No. **1:05cv1083 PLF** <br><br> **Judge Paul L. Friedman** <br><br> **Jury Demand** |

---

### [PROPOSED] ORDER
### GRANTING PLAINTIFF'S MOTION FOR HEARING
### ON <u>OCTOBER 17, 2005 AT 2:30 P.M.</u> ON PLAINTIFF'S
### FRCP RULE 60 AND/OR RULE 59(e) MOTIONS
### (a) TO ALTER OR VACATE ORDER OF CASE DISMISSAL AND
### (b) TO ENTER A RULE 55(b)(2) DEFAULT JUDGMENT AGAINST DEFENDANTS;
### OR (c) TO GRANT PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT,
### DAMAGES, AND RESTITUTION IN LIEU OF CASE DISMISSAL

---

Before the Court is the Plaintiff's Motion for a Hearing on her MULTIPLE motions, under the rubrics of F.R.C.P. Rules 60 and/or 59(e), with a supporting affidavit and a Memorandum of Points and Authority (all entered as Docket # 26), seeking to vacate or alter this Court's Order of Case Dismissal entered on July 20, 2005 (Docket #24).

Although the Defendants filed an OPPOSING RESPONSE to the Plaintiff's Rules 60 and/or 59(e) Motions, they did NOT oppose the motion for hearing itself. Local Rules provides for the granting of an unopposed to motion and it is in the BEST INTERESTS of all parties to have an oral hearing which leads to a correction of Court's errors and/or Defendants' Fraud or an affirmation of an order which terminates the rights of the losing party.

Doc. 2
Page 5 of 16

It is **ORDERED** that a hearing be held on **October 17, 2005 at 2:30 p.m.** on the Plaintiff's Rule 60 and/or Rule 59(e) Motions with a supporting Memorandum of Points and Authorities and an Affidavit (all of which were entered as Docket #26).

Signed this ____ day of _____ 2005.

_____
Paul L. Friedman, District Judge

## CERTIFICATE OF SERVICE

I, hereby, certify that on or about August 26, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and the State Attorney General of Tennessee:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

Page 6 of 16

Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
05 AUG 26 PM 3:11
NANCY M. MAYER-WHITTINGTON
CLERK

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) <br> 7033 Somerset Farms Drive, Nashville, TN 37221 ) <br> v. ) <br> **JAMES A. HEFNER, Ph.D.**, *et al.*, Defendants ) <br> 708 Postal Ct., Brentwood, TN 37027-7647 ) <br> All defendants sued in individual and official capacities ) | Civil Action No. **1:05cv1083 PLF** <br><br> **Judge Paul L. Friedman** <br><br> **Jury Demand** |

---

**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO HER FRCP RULE 60 MOTION DUE TO COURT'S ERRORS (FRCP 60(a)) AND/OR DEFENDANTS' FRAUD (FRCP 60(b))**

---

The Plaintiff, hereby, respectfully files this "**Plaintiff's Reply to Defendants' Response to Her FRCP Rule 60 Motion Due to Court's Errors (FRCP 60(a)) and/or Defendants' Fraud (FRCP Rule 60(b))**."

For the reasons stated in the accompanying "**Plaintiff's Reply Memorandum of Points and Authorities to Defendants' Response to Her FRCP Rule 60 Motion Due to Court's Errors (FRCP 60(a)) and/or Defendants' Fraud (FRCP 60(b))**," the Court is urged to grant her Rules 60(a) and/or 60(b) motion.

Respectfully submitted,

*/s/ Uthaiwan Wong-opasi*

Uthaiwan Wong-opasi, Ph.D., Plaintiff pro se

**CERTIFICATE OF SERVICE**

I, hereby, certify that on or about August 26, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and TN State Attorney General:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

*/s/ Uthaiwan Wong-opasi*

Doc. 3
Page 7 of 16

Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

U.S. DISTRICT COURT
DIST...
2005 AUG 26 PM 4: 09
NANCY M.
MAYER-WHITTINGTON
CLERK

| | |
|---|---|
| UTHAIWAN WONG-OPASI, Ph.D. Plaintiff, pro se ) | Civil Action No. **1:05cv1083 PLF** |
| 7033 Somerset Farms Drive, Nashville, TN 37221 ) | |
| v. ) | **Judge Paul L. Friedman** |
| JAMES A. HEFNER, Ph.D., *et al.*, Defendants ) | |
| 708 Postal Ct., Brentwood, TN 37027-7647 ) | **Jury Demand** |
| All defendants sued in individual and official capacities ) | |

**PLAINTIFF'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES
TO DEFENDANTS' RESPONSE TO HER FRCP RULE 60 MOTION
DUE TO COURT'S ERRORS (FRCP 60(a)) AND/OR
DEFENDANTS' FRAUD (FRCP 60(b))**

The Plaintiff, hereby, respectfully files this **"Plaintiff's Reply Memorandum of Points and Authorities to Defendants' Response to Her FRCP Rule 60 Motion Due to Court's Errors (FRCP 60(a)) and/or Defendants' Fraud (FRCP Rule 60(b))"** to support **"Plaintiff's Reply to Defendants' Response to Her FRCP Rule 60 Motion Due to Court's Errors (FRCP 60(a)) and/or Defendants' Fraud (FRCP Rule 60(b))."**

For the reasons stated hereinunder, the Court is urged to grant her Rules 60(a) and/or 60(b) motion.

**Reason 1:** **Courts have the power and duty to correct judgments which contain clerical errors, or judgments which have been issued due to inadvertence or mistake, and this power and duty is expressly recognized in Rule 60(a) of the Federal Rules of Civil Procedure.** American Trucking Ass'n v. Frisco Transp. Co., 358 U.S. 133; 79 S.Ct. 170; 3 L.Ed.2d 172.

Records show that Plaintiff's one of the two previous lawsuits filed in this Court (99-1167) had Defendants such as the United States of America, the U.S. EEOC, the U.S. Dept. of Education, etc. which were all having offices here in Washington, D.C. in addition to TSU and members of its faculty and administration.

Accordingly, the transfer of this case by Judge Oberdorfer was in fact, erroneous.

Moreover, when the Order of Dismissal in this Case (Docket #24) purported to rely on the foregoing case as well as the 99-1210 Case, it was further clearly erroneous that this Court misapplied Judge Oberdorfer's previous rulings because he did NOT dismiss these two cases. He only transferred them.

Doc 4

Page 8 of 16

Finally, non-U.S. citizens are always deemed by the U.S. Supreme Court and other courts to have met the complete diversity of citizenship requirement to satisfy the subject matter jurisdiction of this Court. Accordingly, the Court's dismissal of this case based on an absence of a complete diversity of citizenship was undoubtedly ERRONEOUS.

**Reason 2:** **Fraud upon the Courts such as making false certificates of service has been found to qualify for remedy accorded by Rule 60(b).**

In the case at bar, the Plaintiff's affidavit showed that she had not been served by the Defendants. How she found out about the motion to dismiss such as coming to this Court in Washington, D.C. to inspect the case file or by some other means did not relieve the Defendants from offenses made by making false certificates of service or other intentional misrepresentation.

Moreover, the lack of complete diversity of citizenship used as a defense by the Defendants had failed in the federal court in Nashville before since 1998. Thus, to knowingly rely on rejected arguments emphasize an intentional misrepresentation.

For the foregoing reasons, the Plaintiff respectfully urges the Court to grant her Rule 60 Motion, whether 60(a) or 60(b) or both.

Respectfully submitted,

Uthaiwan Wong-opasi, Ph.D., Plaintiff pro se

## CERTIFICATE OF SERVICE

I, hereby, certify that on or about August 26, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and TN State Attorney General:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

Exhibit 5

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

2005 AUG 26 PM 3:12

NANCY M.
MAYER-WHITTINGTON
CLERK

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) <br> 7033 Somerset Farms Drive, Nashville, TN 37221 ) <br> v. ) <br> **JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants ) <br> 708 Postal Ct., Brentwood, TN 37027-7647 ) <br> All defendants sued in individual and official capacities ) | Civil Action No. **1:05cv1083 PLF** <br><br> **Judge Paul L. Friedman** <br><br> **Jury Demand** |

### [PROPOSED] ORDER
### GRANTING PLAINTIFF'S MOTION FOR HEARING
### ON OCTOBER 17, 2005 AT 2:30 P.M. ON PLAINTIFF'S
### FRCP RULE 60 AND/OR RULE 59(e) MOTIONS
### (a) TO ALTER OR VACATE ORDER OF CASE DISMISSAL AND
### (b) TO ENTER A RULE 55(b)(2) DEFAULT JUDGMENT AGAINST DEFENDANTS;
### OR (c) TO GRANT PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT,
### DAMAGES, AND RESTITUTION IN LIEU OF CASE DISMISSAL

Before the Court is the Plaintiff's Motion for a Hearing on her MULTIPLE motions, under the rubrics of F.R.C.P. Rules 60 and/or 59(e), with a supporting affidavit and a Memorandum of Points and Authority (all entered as Docket # 26), seeking to vacate or alter this Court's Order of Case Dismissal entered on July 20, 2005 (Docket #24).

Although the Defendants filed an OPPOSING RESPONSE to the Plaintiff's Rules 60 and/or 59(e) Motions, they did NOT oppose the motion for hearing itself. Local Rules provides for the granting of an unopposed to motion and it is in the BEST INTERESTS of all parties to have an oral hearing which leads to a correction of Court's errors and/or Defendants' Fraud or an affirmation of an order which terminates the rights of the losing party.

Doc. 5



Page 10 of 16

It is **ORDERED** that a hearing be held on **October 17, 2005 at 2:30 p.m.** on the Plaintiff's Rule 60 and/or Rule 59(e) Motions with a supporting Memorandum of Points and Authorities and an Affidavit (all of which were entered as Docket #26).

Signed this ____ day of _____ 2005.

_____
Paul L. Friedman, District Judge

## CERTIFICATE OF SERVICE

I, hereby, certify that on or about August 26, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and the State Attorney General of Tennessee:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

_[signature]_

Page 11 of 16

Exhibit 6

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) <br> 7033 Somerset Farms Drive, Nashville, TN 37221 ) <br> v. ) <br> **JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants ) <br> 708 Postal Ct., Brentwood, TN 37027-7647 ) <br> All defendants sued in individual and official capacities ) | Civil Action No. **1:05cv1083 PLF** <br><br> **Judge Paul L. Friedman** <br><br> **Jury Demand** |

---

**PLAINTIFF'S REPLY** ~~MEMORANDUM OF POINTS AND AUTHORITIES~~
**TO DEFENDANTS' RESPONSE TO HER FRCP RULE 59(e) MOTION
TO ALTER OR VACATE ORDER OF CASE DISMISSAL
AND TO ENTER A RULE 55(b)(2) MOTION FOR DEFAULT JUDGMENT
OR TO GRANT PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT,
DAMAGES, AND RESTITUTION**

---

The Plaintiff, hereby, respectfully files this "**Plaintiff's Reply** ~~Memorandum of Points and Authorities~~ **Memorandum** to Defendants' Response to Her FRCP Rule 59(e) ....)" to support "**Plaintiff's Reply** Memorandum **to Defendants' Response to Her FRCP Rule 59(e) .....**"

For the reasons stated hereinunder, the Court is urged to grant her Rule 59(e) motion.

Respectfully submitted,

Uthaiwan Wong-opasi, Ph.D., Plaintiff pro se

## CERTIFICATE OF SERVICE

I, hereby, certify that on or about August 26, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and TN State Attorney General:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

Doc. 6
Page 12 of 16

Exhibit 7

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2005 AUG 26 PM 4: 18

NANCY M.
MAYER-WHITTINGTON
CLERK

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) | Civil Action No. **1:05cv1083 PLF** |
| 7033 Somerset Farms Drive, Nashville, TN 37221  ) | |
| v.                                              ) | **Judge Paul L. Friedman** |
| **JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants ) | |
| 708 Postal Ct., Brentwood, TN 37027-7647        ) | **Jury Demand** |
| All defendants sued in individual and official capacities ) | |

---

### PLAINTIFF'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES
### TO DEFENDANTS' RESPONSE TO HER FRCP RULE 59(e) MOTION
### TO ALTER OR VACATE ORDER OF CASE DISMISSAL
### AND TO ENTER A RULE 55(b)(2) MOTION FOR DEFAULT JUDGMENT
### OR TO GRANT PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT,
### DAMAGES, AND RESTITUTION

---

The Plaintiff, hereby, respectfully files this "**Plaintiff's Reply Memorandum of Points and Authorities to Defendants' Response to Her FRCP Rule 59(e) .... )**" to support "**Plaintiff's Reply to Defendants' Response to Her FRCP Rule 59(e) .....**"

For the reasons stated hereinunder, the Court is urged to grant her Rule 59(e) motion.

**Reason 1:** Rule 59(e) is NOT as stringent as Rule 60. As long as it is timely filed, the purpose of the rule is to give the Court a chance to remedy any defect.

**Reason 2:** Even in the <u>Firestone v. Firestone</u>, 76 F.3d 1205, 1208 (D.C.Cir. 1996) (per curiam) (internal quotation marks omitted) case upon which the Defendants relied, the Court did grant the Rule 59(e) motion.

For the foregoing reasons, the Plaintiff respectfully requests the Court to grant her motion.

Respectfully submitted,

*/s/ Uthaiwan Wong-opasi*

Uthaiwan Wong-opasi, Ph.D., Plaintiff pro se

### CERTIFICATE OF SERVICE

I, hereby, certify that on or about August 26, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and TN State Attorney General:

Doc. 7
Page 13 of 16

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

Exhibit 8

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2005 AUG 26 PM 3: 29

NANCY M.
MAYER-WHITTINGTON
CLERK

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) | Civil Action No. **1:05cv1083 PLF** |
| 7033 Somerset Farms Drive, Nashville, TN 37221 ) | |
| v. ) | **Judge Paul L. Friedman** |
| **JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants ) | |
| 708 Postal Ct., Brentwood, TN 37027-7647 ) | **Jury Demand** |
| All defendants sued in individual and official capacities ) | |

## [PROPOSED] ORDER
## GRANTING PLAINTIFF'S FRCP RULE 59(e) MOTION
## TO ALTER OR VACATE ORDER OF CASE DISMISSAL
## AND TO ENTER A RULE 55(b)(2) MOTION FOR DEFAULT JUDGMENT
## OR TO GRANT PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT,
## DAMAGES, AND RESTITUTION

Before the Court are the Plaintiff's "**Rule 59(e) Motion to Alter or Vacate Order of Case Dismissal**" (Docket #26). **Her motion was supported by an Affidavit** (Docket #26) **and a Memorandum of Points and Authorities** (Docket #26). The Defendants filed a **Response** requiring a change in law to warrant said alteration of case dismissal. The Plaintiff timely filed a **Reply to the Defendants' Response and a Reply Memorandum of Points and Authorities. A Hearing was held and all parties were heard in Open Court.**

Accordingly, the Court, hereby, **ORDERS** that **this lawsuit be reinstated and that a default judgment be entered against the Defendants**.

Signed this _____ day of _____ 2005.

_____
Paul L. Friedman, District Judge

Doc. 8
Page 15 of 16

## CERTIFICATE OF SERVICE

I, hereby, certify that on or about August 26, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and the State Attorney General of Tennessee:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

*[signature]*