RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2005 OCT 18 AM 12:15

NANCY M.
MAYER-WHITTINGTON
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) <br> 7033 Somerset Farms Drive, Nashville, TN 37221 ) <br> v. ) <br> **JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants ) <br> 708 Postal Ct., Brentwood, TN 37027-7647 ) <br> All defendants sued in individual and official capacities ) | Civil Action No. **1:05cv1083 PLF** <br><br> **Judge Paul L. Friedman** <br><br> **Jury Demand** |

## NOTICE OF IMPROPER DOCKETING

Notice is hereby given to the Court and the Court Clerk that all of the plaintiff's motions thus far have been "improperly docketed" by the Court Clerk.

"Improper Docketing" is hereby defined as:

1. Excessive delays in filing them electronically after receipts of the paper originals by the plaintiff who filed them "in person" in this Court;

2. Improper grouping of all separate pleadings as one sole pleading, i.e. instead of docketing a motion as a separate pleading from a supporting memorandum which the ECFS classifies as another separate pleading as well as from an affidavit which is a third pleading separate from both the motion and the memorandum. (cf. Docket #17, 22, and 26 which are all classified as being only "motions" with no supporting pleadings.);

3. Duplicate filing of the same sets of pleadings as two separate pleadings. E.g. Docket #26 and 27 are one and the same sets of pleadings; and

4. Intercepting the receipts of courtesy copies provided to the Judge and the Court Clerk in order to notify them of irregularities in the docketing of the plaintiff's pleadings by the Court Clerk.

Respectfully submitted,

*/s/ Uthaiwan Wong-opasi*

Uthaiwan Wong-opasi, Ph.D., Plaintiff pro se

### CERTIFICATE OF SERVICE

I, hereby, certify that on or about October 17, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and TN State Attorney General:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243