UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) | Civil Action No. **1:05cv1083 PLF** |
| 7033 Somerset Farms Drive, Nashville, TN 37221   ) | |
| v.                                                                                 ) | **Judge Paul L. Friedman** |
| **JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants        ) | |
| 708 Postal Ct., Brentwood, TN 37027-7647            ) | **Jury Demand** |
| All defendants sued in individual and official capacities ) | |

---

### NOTICE OF DEFENDANTS' CONTINUED SERVICE FAILURE

---

Notice is hereby given to the Court and the Court Clerk that despite being notified through the Plaintiff's pleading that she had not received a copy of Defendants' Motion to Dismiss for Lack of Jurisdiction (Document #18) and Memorandum in support (Document #19), defendants continued to fail to properly serve the plaintiff a copy of their "Supplemental Motion to Dismiss for Lack of Jurisdiction (Document #23) and "Response to Plaintiff's Motion Rule 60 and/or Rule 59(e) Motions" [sic] and "Memorandum in Opposition" (Document #'s 28-29).

**Failures to properly serve the parties are serious offenses to a fair adjudication of disputes and the administration of even-handed justice. It also is a breach of professional conduct on the part of the attorney on record.**

Respectfully submitted,

*/s/ Uthaiwan Wong-opasi*

Uthaiwan Wong-opasi, Ph.D., Plaintiff pro se

### CERTIFICATE OF SERVICE

I, hereby, certify that on or about October 17, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and TN State Attorney General:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

*/s/ Uthaiwan Wong-opasi*