**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) | Civil Action No. **1:05cv1083 PLF** |
| 7033 Somerset Farms Drive, Nashville, TN 37221 ) | |
| v.                                              ) | **Judge Paul L. Friedman** |
| **JAMES A. HEFNER, Ph.D.,** *et al.*, Defendants ) | |
| 708 Postal Ct., Brentwood, TN 37027-7647        ) | **Jury Demand** |
| All defendants sued in individual and official capacities ) | |

---

### NOTICE OF FAILURES TO CERTIFY SERVICES OF COURT ORDERS

---

Notice is hereby given to the Court and the Court Clerk that **NO CERTIFICATES OF PROPER SERVICES OF COURT ORDERS DATED July 20 and September 1, 2005 WERE MADE ON THE FACE OF THE SAID TWO COURT ORDERS.**

**The requirement of Certificate of Service of Court Orders is statutory and it has not changed despite electronic filings.**

Respectfully submitted,

*/s/ Uthaiwan Wong-opasi/*

Uthaiwan Wong-opasi, Ph.D., Plaintiff pro se

### CERTIFICATE OF SERVICE

I, hereby, certify that on or about October 17, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and TN State Attorney General:

**JAMES A. HEFNER, Ph.D.**
708 Postal Ct., Brentwood, TN 37027-7647

**AUGUSTUS BANKHEAD, Ed.D.**
177 Lelawood Cir., Nashville, TN 37209-4524

**JO HELEN, RAILSBACK, Ph.D.**
408 Bowling Ave. Nashville, TN 37205-2522

**GLORIA C. JOHNSON, Ph.D.**
1495 Bell Rd., Nashville, TN 37211-6636

**MARY D. MBOSOWO**
2616 Redvine Rd., Edmond, OK 73034

**MARCIA G. ELLISON**
1101 Downs Blvd., Apt. E107, Franklin, TN 37064

**JOSEPH H. UDELSON, Ph.D.**
72B Old Lyme Drive #2, Buffalo, NY 14221-2255

**PAUL G. SUMMERS**
425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl.
Nashville, TN 37243

*/s/ Uthaiwan Wong-opasi/*