UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) | Court of Appeal Case No. _____ |
| 7033 Somerset Farms Drive, Nashville, TN 37221 ) | |
| v. ) | Civil Action No. **1:05cv1083 PLF** |
| **JAMES A. HEFNER, Ph.D.**, *et al.*, Defendants ) | **Judge Paul L. Friedman** |
| 708 Postal Ct., Brentwood, TN 37027-7647 ) | **Jury Demand** |
| All defendants sued in individual and official capacities ) | |

**APPLICATION TO PROCEED IN FORMA PAUPERIS AT THE APPELLATE LEVEL
WITH AN AFFIDAVIT OF INDIGENT**

The Plaintiff, hereby, respectfully files this **"Application to Proceed in Forma Pauperis at the Appellate Level With an Affidavit of Indigent."**

The Plaintiff, duly sworn, states the following:

1.   I am the plaintiff in this legal action who seeks to appeal to the Court of Appeals for the District of Columbia Circuit.

2.   Due to poverty, I am unable to pay for the filing cost of this appeal and court costs.

Respectfully submitted,

*/s/ Uthaiwan Wong-opasi*

Uthaiwan Wong-opasi, Ph.D.,
Plaintiff and Plaintiff-Appellant pro se

**CERTIFICATE OF SERVICE**

I, hereby, certify that on or about October 17, 2005, a copy of the foregoing was mailed, postage prepaid, to the Defendants at their addresses of record and TN State Attorney General:

| | |
|---|---|
| **JAMES A. HEFNER, Ph.D.** | **MARY D. MBOSOWO** |
| 708 Postal Ct., Brentwood, TN 37027-7647 | 2616 Redvine Rd., Edmond, OK 73034 |
| | |
| **AUGUSTUS BANKHEAD, Ed.D.** | **MARCIA G. ELLISON** |
| 177 Lelawood Cir., Nashville, TN 37209-4524 | 1101 Downs Blvd., Apt. E107, Franklin, TN 37064 |
| | |
| **JO HELEN, RAILSBACK, Ph.D.** | **JOSEPH H. UDELSON, Ph.D.** |
| 408 Bowling Ave. Nashville, TN 37205-2522 | 72B Old Lyme Drive #2, Buffalo, NY 14221-2255 |
| | |
| **GLORIA C. JOHNSON, Ph.D.** | **PAUL G. SUMMERS** |
| 1495 Bell Rd., Nashville, TN 37211-6636 | 425 Fifth Ave. N., Cordell Hull Bldg., 2nd Fl. Nashville, TN 37243 |

*/s/ Uthaiwan Wong-opasi*