**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
333 Constitution Avenue, NW
Washington, DC 20001, Tel. (202) 354-3050

| | |
|---|---|
| **UTHAIWAN WONG-OPASI, Ph.D.** Plaintiff, pro se ) | 1:05 CV 1083 PLF |
| 7033 Somerset Farms Drive, Nashville, TN 37221 ) | |
| v. ) | **Notice of Appeal** |
| **JAMES A. HEFNER, Ph.D.**, *et al.*, Defendants ) | |
| 708 Postal Ct., Brentwood, TN 37027-7647 ) | Jury Demand |
| All defendants sued in individual and official capacities ) | |

    Notice is hereby given that I, **Uthaiwan Wong-opasi, Ph.D.**, (plaintiff, pro se) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit (from 1. the denial of my motion for default judgment, final order dismissing the case, and the order denying my FRCP Rule 60 and/or Rule 59 **(which I have never received or was it ever certified being mailed to me)** entered in this action on the September 1, 2005.

                                                                        Uthaiwan Wong-opasi, Ph.D., Plaintiff pro se
                                                                        7033 Somerset Farms Drive
                                                                        Nashville, TN 37221