UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UTHAIWAN WONG-OPASI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1083 (PLF) |
| JAMES A. HEFNER, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

This matter is before the Court on plaintiff's motion for leave to appeal *in forma pauperis* and motion to disqualify defendants' counsel. The Federal Rules of Appellate Procedure require that such a motion be accompanied by an affidavit that: "(A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." FED.R. APP.P. 24(a). Plaintiff's motion fulfills none of these requirements. Accordingly, it is hereby

ORDERED that [36] plaintiff's Application to Proceed in Forma Pauperis at the Appellate Level With an Affidavit of Indigent is DENIED without prejudice to her re-filing it in proper form; and it is

FURTHER ORDERED that [31] plaintiff's Motion to Disqualify Defendants' Counsel and to Reinstate the Case is DENIED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 2, 2005