Case 1:05-cv-01083-PLF    Document 40    Filed 10/06/2006    Page 1 of 2

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 05-7149**  **September Term, 2006**

05cv01083

**Filed On:**

Uthaiwan Wong-Opasi,
    Appellant

v.

James A. Hefner, Ph.D., Individually and Official Capacity, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT - 4 2006

CLERK

## O R D E R

    By order filed May 15, 2006, directing appellant to either pay the $255.00 appellate docketing fee in district court or file a motion in this court for leave to proceed on appeal in forma pauperis, by April 21, 2006. As to this date, nothing has been received from appellant. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

FOR THE COURT:
Mark J. Langer, Clerk

BY: *Elizabeth V. Scott*
Elizabeth V. Scott
Deputy Clerk