# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-7149**                                    **September Term, 2006**

05cv01083

Filed On:

Uthaiwan Wong-Opasi,
    Appellant

v.

James A. Hefner, Ph.D., Individually and Official Capacity, et al.,
    Appellees

FILED JUN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAY - 8 2007

CLERK

## ORDER

By order filed March 13, 2007, appellant was directed to file a response to the order to show cause, by April 12, 2007. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. To date, appellant has not complied with the court's March 13, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 6/15/07
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Elizabeth V. Scott
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk